UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANICE DANIELS,
individually and on behalf of all others
similarly situated,

                              Case No. 23-12686
    Plaintiff,              Hon. Jonathan J.C. Grey
                              Magistrate Judge Anthony P. Patti

v.

DETROIT QUALITY STAFFING, LLC,

    Defendant.
_____/

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT (ECF No. 20) AND DISMISSING THE CAUSE OF ACTION WITH PREJUDICE

      This matter having come before the Court upon the joint motion of the parties seeking: (a) the Court's approval of an FLSA Settlement Agreement executed by Plaintiff Shanice Daniels and Defendant Detroit Quality Staffing, LLC; and (b) the dismissal of this cause of action, with prejudice. (ECF No. 20.)

      The Court, having reviewed the Settlement Agreement *in camera*, and finding the terms of the settlement to be a fair and equitable resolution of the disputes between the parties, concludes that the Settlement Agreement should be approved. The Court recognizes that

the Settlement Agreement resolves all remaining disputes between the parties, and the Court therefore finds that dismissal of the cause of action with prejudice is warranted.

Accordingly, **IT IS ORDERED** that the joint motion for approval of settlement and dismissal of action with prejudice (ECF No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that, since all remaining disputes between the parties in this action have been resolved, this cause of action is **DISMISSED WITH PREJUDICE**.

SO ORDERED.

Dated: September 26, 2024

<u>s/ Jonathan J.C. Grey</u>
Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 26, 2024.

<u>s/ S. Osorio</u><br>
Sandra Osorio<br>
Case Manager