UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANICE DANIELS,
individually and on behalf of all others
similarly situated,

                                      Case No. 23-12686
    Plaintiff,                  Hon. Jonathan J.C. Grey
                                      Magistrate Judge Anthony P. Patti

v.

DETROIT QUALITY STAFFING, LLC,

    Defendant.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that Daniels' cause of action is **DISMISSED WITH PREJUDICE**.

    **SO ORDERED**.

                                                        **s/ Jonathan J.C. Grey**
                                                        Jonathan J.C. Grey
Dated:  September 26, 2024          United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 26, 2024.

**s/ S. Osorio**
Sandra Osorio
Case Manager